No. 10–8711.  DICKAU *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–8712.  DINWIDDIE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–8713.  EDWARDS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–8718.  DONELSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–8723.  WOODS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–8724.  DOMINGUEZ-RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8726.  WALKER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8728.  PETERS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8729.  MINIFEE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–8733.  MAN NEI LUI *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8736.  BOGANS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8737.  BONILLA-DELCID *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–8738.  AITCHISON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–8739.  ABEITA *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–8741.  BENJAMIN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–8747.  PRICE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.